**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**DANNY TOWNSEND** **PLAINTIFF**

**V.** **CIVIL ACTION NO. 3:26-CV-00354-KHJ-BWR**

**J. DEWAYNE THOMAS,**
*in his individual and official capacity*
*as Chancery Court Judge* **et al.** **DEFENDANTS**

**ORDER SETTING DEADLINE FOR FILING
PROOF OF SERVICE OF PROCESS**

THIS MATTER is before the Court *sua sponte* to address service of process upon Defendants Henry Clay, Jimmy Morton, Sharon Henderson, Ursula Mitchell, The Henderson Law Office, and Henderson Mitchell Law Group. Over ninety days have passed since the Complaint was filed, and Plaintiff, Danny Townsend, has not filed a return of service showing that service of process has been perfected on the aforementioned Defendants. *See* Compl. [1]; *see also* Summons [2].

Federal Rule of Civil Procedure 4(m) provides in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period . . . .

Fed. R. Civ. P. 4(m). Federal Rule of Civil Procedure 4(l) also provides that "proof of service must be made to the court." Fed. R. Civ. P. 4(l).

Plaintiff is cautioned that the Court may dismiss an action *sua sponte* for a plaintiff's failure to prosecute or obey a Court order under Rule 41(b) of the Federal

Rules of Civil Procedure and under the Court's inherent authority to dismiss an action *sua sponte*. *See Link v. Wabash R.R.*, 370 U.S. 626, 629-31 (1962). The Court must be able to clear its calendar "of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief . . . . to achieve the orderly and expeditious disposition of cases." *Id.* at 630-31.

**IT IS, THEREFORE, ORDERED** that Plaintiff has until November 19, 2026, to file proof of service of process upon Defendants Henry Clay, Jimmy Morton, Sharon Henderson, Ursula Mitchell, The Henderson Law Office, and Henderson Mitchell Law Group. Otherwise, the Complaint may be dismissed without prejudice and without further notice to Plaintiff.

**SO ORDERED**, this 29th day of October 2026.

s/ Bradley W. Rath

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE