AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 19 2026
ARTHUR JOHNSTON
BY __________ DEPUTY

DANNY TOWNSEND

*Plaintiff(s)*

v.

J. DEWAYNE THOMAS, in his individual and official capacity as Chancery Court Judge, TAMETRICE E. HODGES, in her individual and official capacity as Chancery Court Judge, ~~HENRY CLAY, in his individual and official~~

*Defendant(s)*

Civil Action No. 3:26-cv-00354-KHJ-MTP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sharon Henderson
1840 SW St.
Jackson, MS, 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ishmael R. Muhammad
ISHMAEL MUHAMMAD, ATTORNEY
210 Lexington Avenue
Jackson, MS 39209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT ★ SOUTHERN DISTRICT OF MISSISSIPPI ★

ARTHUR JOHNSTON

*CLERK OF COURT*

Date: 5/20/2026

C. Smith

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Shannon Henderson
was received by me on *(date)* ______ .

☑ I personally served the summons on the individual at *(place)* 1003 Hallmark Dr. Jackson MS 39206-2111 on *(date)* 11-18-2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ N/A for travel and $ N/A for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-19-26

[signature]
*Server's signature*

Larry White
*Printed name and title*

P.O. Box 2854? Jackson MS 39284-5542
*Server's address*

Additional information regarding attempted service, etc:

[signature]

My Commission Expires
January 3, 2028

CIRCUIT CLERK HINDS COUNTY, MS

ZACK WALLACE, CIRCUIT CLERK